UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>　　　　Defendant. | Case No. 22-00012 BLF<br><br>**ORDER OF DISMISSAL** |

On January 4, 2022, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to initiate a civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. Dkt. No. 2. A blank complaint form and postage-paid return envelope were enclosed with the notice. *Id.* The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. Dkt. No. 3. The deadline has passed, and Plaintiff has failed to file a

---

[1] This matter was reassigned to this Court on February 10, 2022, after Plaintiff failed to file consent to magistrate judge jurisdiction. Dkt. Nos. 4, 6.

proper complaint and pay the filing fee or file an IFP application.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___**March 4, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\00012Dixon_dis-ifp-compl.

2