UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIXON,<br><br>   Plaintiff,<br><br> v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>   Defendant. | Case No. 22-00012 BLF<br><br>**JUDGMENT** |

  The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated:  __March 4, 2022_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22.00012Dixon_jud-if-compl